JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALLAN JAY MILTON, | No. CV 19-9392-SB (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W.J. SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 28, 2020

_____
HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE